ORIGINAL

FILED
JAN 25 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| TYLER CONSTRUCTION GROUP, Plaintiff, | : | |
| v. | : | No. 08-55 C |
| THE UNITED STATES, Defendant. | : | |

**NOTICE OF DIRECTLY OR INDIRECTLY RELATED CASE**

Tyler Construction Group v. United States is being filed in this Court on January 25, 2008. It is a protest prior to the submission of proposals challenging the propriety of the solicitation by negotiation of a task order contract for the performance of design/build projects for the U.S. Army Corps of Engineers in the southeastern United States.

The propriety of the Corps' proposed procurement method was the subject matter of a recent similar case filed by the plaintiff, Tyler Construction Group v. United States, Case Number 07-0851C, on December 3, 2007. That earlier case was resolved when the Defendant took corrective action by canceling the solicitation in its entirety on January 8, 2008.

Tyler Construction Group, ("Tyler"), respectfully submits that this protest should be considered a Directly Related Case under RCFC 40.2(a) and that it should be assigned to Judge Wiese. Although the earlier case (07-0851C) was dismissed, this protest involves the same

parties and is based on the same or similar issues. Both cases challenged the attempt by the U.S. Army Corps of Engineers to use task order contracts for the performance of construction thereby violating applicable procurement laws and regulations; the improper bundling of multiple construction projects in violation of the Small Business Act; and, the attempt to employ negotiated procurement of construction in violation of the statutory preference for the use of sealed bidding for such procurement. Therefore, assigning this protest to Judge Wiese would conserve judicial resources and promote an efficient determination of the instant action.

Alternatively, Tyler respectfully submits that, for the reasons set forth above, this protest is an Indirectly Related Case to the earlier Tyler case pursuant to RCFC 40.2(b). Pursuant to Rule 40.2, this notice is being filed in both cases.

Respectfully submitted,

Michael H. Payne, Esquire
Payne Hackenbracht & Sullivan
220 Commerce Dr., Suite 100
Ft. Washington, PA 19034
215-542-2777
215-542-2779 (fax)
mhp@phslegal.com

Attorney of Record for
Tyler Construction Group

Dated: January 24, 2008