ORIGINAL

FILED
JAN 25 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

TYLER CONSTRUCTION GROUP,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 08-55 C

**RULE 7.1 DISCLOSURE STATEMENT OF TYLER CONSTRUCTION GROUP**

Pursuant to RCFC 7.1, Tyler Construction Group hereby submits this disclosure statement. Tyler Construction Group, a South Carolina corporation, has no parent corporation and there is no publicly owned corporation that owns 10% or more of its stock.

Respectfully submitted,

Michael H. Payne, Esquire
Payne Hackenbracht & Sullivan
220 Commerce Dr., Suite 100
Ft. Washington, PA 19034
215-542-2777
215-542-2779 (fax)
mhp@phslegal.com

Attorney of Record for
TYLER CONSTRUCTION GROUP

Dated: 1-24-08