ORIGINAL

FILED
JAN 2 5 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| TYLER CONSTRUCTION GROUP, | : | |
| Plaintiff, | : | |
| v. | : | No. 08-55 C |
| THE UNITED STATES, | : | |
| Defendant. | : | |

**MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Rule 65(a) of the Rules of the Court of Federal Claims, Plaintiff TYLER CONSTRUCTION GROUP moves the Court for a preliminary injunction enjoining the U.S. Department of the Army, its agents, employees, officers and representatives, and those acting in concert with or participating with any of the foregoing, from proceeding with the receipt of proposals, the source selection, or the award of a contract under Solicitation No. W91236-08-R-0001 pending a final determination of the merits by this Court. A Memorandum of Points and Authorities in Support of Plaintiff's Motion for Preliminary Injunction is filed herewith.

Respectfully submitted,

Michael H. Payne, Esquire
Payne Hackenbracht & Sullivan
220 Commerce Dr., Suite 100
Fort Washington, PA 19034
(215) 542-2777
(215) 542-2779/FAX
mhp@phslegal.com
Counsel of Record for TYLER CONSTRUCTION GROUP

Date: 1-24-08