ORIGINAL

FILED
JAN 25 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| TYLER CONSTRUCTION GROUP,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 08-55 C |

**APPLICATION FOR TEMPORARY RESTRAINING ORDER**

Plaintiff, TYLER CONSTRUCTION GROUP, by and through the undersigned counsel, respectfully moves this Court for a Temporary Restraining Order preventing the Defendant, its officers, agents and employees, and all other persons active in concert or participation with them, from proceeding with the receipt of proposals, the source selection, or the award of a contract under Solicitation No. W91236-08-R-0001 until further Order from this Court. The grounds for this Motion are set forth more fully in the accompanying Memorandum of Points and Authorities.

Respectfully submitted,

Michael H. Payne, Esquire
Payne Hackenbracht & Sullivan
220 Commerce Dr., Suite 100
Fort Washington, PA 19034
(215) 542-2777
(215) 542-2779/FAX
mhp@phslegal.com
Counsel of Record for
TYLER CONSTRUCTION GROUP

Date: 1-24-08

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| TYLER CONSTRUCTION GROUP, | : | |
| Plaintiff, | : | |
| v. | : | No. |
| THE UNITED STATES, | : | |
| Defendant. | : | |

**CERTIFICATE REQUIRED BY RULE 65 OF THE RCFC**

I, Michael H. Payne, the undersigned counsel of record for TYLER CONSTRUCTION GROUP, certify that I hand-delivered or caused to be hand-delivered, two copies of the Complaint, Application for Temporary Restraining Order, Motion for Preliminary Injunction, and accompanying documents to the U.S. Department of Justice, Commercial Litigation Branch, 8th Floor, 1100 L Street, N.W., Washington, D.C. 20530, in accordance with Rule 65 and Appendix C of the Rules of the United States Court of Federal Claims.

Respectfully submitted,

Dated: 1-24-08

Michael H. Payne, Esquire
Payne Hackenbracht & Sullivan
220 Commerce Dr., Suite 100
Ft. Washington, PA 19034
215-542-2777
215-542-2779 (fax)
mhp@phslegal.com
Attorney of Record for
TYLER CONSTRUCTION GROUP