# In the United States Court of Federal Claims

No. 08-55C
Filed: January 29, 2008

TYLER CONSTR. GROUP,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

ORDER

ESTABLISHING BRIEFING SCHEDULE

---

As discussed during the telephone conference held this date, defendant anticipates filing the Administrative Record no later than March 14, 2008. In addition to filing an electronic copy, defendant shall also supply chambers with a courtesy paper copy of the record.

After defendant files the Administrative Record, the parties shall adhere to the following briefing schedule:

1. On or before the date 21 days after the filing of the Administrative Record, plaintiff shall file its initial brief.

2. On or before the date 21 days after the filing of plaintiff's brief, defendant shall file its responsive brief.

3. On or before the date 7 days after the filing of defendant's responsive brief, plaintiff shall file its reply.

s/John P. Wiese
John P. Wiese
Judge