IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| TYLER CONSTRUCTION GROUP, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 08-55C |
| | : | (Judge Wiese) |
| THE UNITED STATES, | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF VOLUNTARY DISMISSAL**

On February 13, 2008, the Defendant issued Amendment No. 0003 to Solicitation No. W91236-08-R-0001, which is the subject matter of this litigation, that cancelled the solicitation in its entirety. Pursuant to RCFC 41(a)(1), Plaintiff, Tyler Construction Group, ("Tyler"), through its undersigned counsel, hereby dismisses this case without prejudice subject to Plaintiff's right to file a related lawsuit if a new solicitation has the same or similar concerns that prompted the original protest.

Respectfully submitted,

Date: February 19, 2008

/s/ Michael H. Payne

Michael H. Payne, Esquire
Payne Hackenbracht & Sullivan
220 Commerce Dr., Suite 100
Ft. Washington, PA 19034
215-542-2777/215-542-2779(fax)
Attorney of record for
TYLER CONSTRUCTION GROUP

Of Counsel:
Joseph A, Hackenbracht, Esquire
Timothy A. Sullivan, Esquire
Payne Hackenbracht & Sullivan